# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO. 5:17CV00096-RJC-DSC

BLAIR COLEMAN )
)
    **Plaintiff,** )
)
    **v.** )
)
HEATHER WILSON, )
**Secretary of the Air Force,** )
)
    **Defendant.** )

## ORDER

**THIS CAUSE** is before the Court upon the Motion of the United States of America seeking to stay proceedings in light of the lapse of appropriations.

Absent an appropriation, United States Department of Justice attorneys are prohibited from working on civil litigation, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. For this reason, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the above-captioned case is **STAYED** until the Court receives notice from the United States that Congress has restored appropriations to the United States Department of Justice.

**SO ORDERED**.

Signed: January 10, 2019

_____
David S. Cayer
United States Magistrate Judge